IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., § § | | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 3:15-CV-04108-D |
| YANG KUN "MICHAEL" CHUNG, THOMAS PORCARELLO, YOON-CHUL "ALEX" JANG, JIN-YOUNG SONG, ALL PRO DISTRIBUTING, INC. | § § § § § | |
| Defendants. | | |

**DEFENDANT JIN-YOUNG SONG'S
CERTIFICATE OF INTERESTED PERSONS**

Defendant Jin-Young Song files this Certificate of Interested Persons pursuant to Pursuant to FED. R. CIV. P. 7.1 and LR 7.4, LR 3.1(c), and LR 3.2(e), reflecting persons financially interested in the outcome of this case:

1. Samsung Electronics America, Inc.—Plaintiff and possibly its counsel, Jeffrey J. Ansley, Jeffrey S. Lowenstein, Benjamin L. Riemer and Bell Nunnally & Martin, LLP,

2. Yang Kun "Michael" Chung—Defendant,

3. Thomas Porcarello—Defendant,

4. Yoon-Chul "Alex" Jang—Defendant,

5. Jin-Young Song—Defendant, and

6. All Pro Distributing, Inc.—Defendant.

Respectfully submitted,

s/ *V. Elizabeth Kellow*
V. Elizabeth Kellow
Tex. SBN: 11213750
MARSHALL & KELLOW, LLP
4099 McEwen STE 440
Dallas, Texas 75244
T: (214) 956-0200
F: (214) 615-1390
EKellow@MKTexasLaw.com

**ATTORNEY FOR JIN-YOUNG SONG**

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 26, 2016, the foregoing document is being filed with the clerk of court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, which electronically will send a "Notice of Electronic Filing", with a link to an electronic copy of this document, to the attorneys of record who have consented in writing with this court to accept such as service of this document by electronic means.

*V. Elizabeth Kellow*

2