IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., | § § § | |
| Plaintiff, | § § | |
| V. | § § | |
| YANG KUN "MICHAEL" CHUNG, THOMAS PORCARELLO, YOON-CHUL "ALEX" JANG, JIN-YOUNG SONG, ALL PRO DISTRIBUTING, INC., | § § § § § § § | Civil Action No. 3:15-cv-04108-D |
| Defendants. | § | |

**DEFENDANT ALL PRO DISTRIBUTING, INC.'S**
**NOTICE OF APPEARANCE AND NOTICE OF CHANGE OF LEAD ATTORNEY**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant All Pro Distributing, Inc. ("All Pro Distributing") hereby gives notice to the Court and to all parties that Barry A. Moscowitz of THOMPSON, COE, COUSINS & IRONS, L.L.P., 700 North Pearl Street, Twenty-Fifth Floor - Plaza of the Americas, Dallas, Texas 75201, has appeared as Lead Counsel for All Pro Distributing in the above-entitled and numbered cause.

All Pro Distributing further notifies the Court and all parties that Mr. Moscowitz should be substituted as Lead Counsel for attorney of record, Armen G. Mitilian, who will continue in the case as additional counsel. All Pro Distributing requests that Mr. Moscowitz be copied on all correspondence, pleadings, and electronic notifications, and that the Court take notice of Mr. Moscowitz's appearance herein.

**DEFENDANT ALL PRO DISTRIBUTING, INC.'S**                                                                                             **PAGE 1**
**NOTICE OF APPEARANCE AND NOTICE OF CHANGE OF LEAD ATTORNEY**

2372585v1

        Respectfully submitted,
        */s/ Barry A. Moscowitz*
Barry A. Moscowitz
Texas Bar No. 24004830
Rachael Chong Walters
Texas Bar No. 24042119
Cassie J. Dallas
Texas Bar No. 24074105

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
E-mail: bmoscowitz@thompsoncoe.com
E-mail: rwalters@thompsoncoe.com
E-mail: cdallas@thompsoncoe.com

Armen G. Mitilian
Freeman, Freeman, & Smiley, LLP
1888 Century Park East
Suite 1900
Los Angeles, CA 90067
Telephone: (310) 255-6129
Facsimile: (310) 255-6229
E-mail: armen.mitilian@ffslaw.com

**ATTORNEYS FOR DEFENDANT**
**ALL PRO DISTRIBUTING, INC.**

## CERTIFICATE OF SERVICE

  On February 22, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

| | |
|---|---|
| Jeffrey J. Ansley<br>Jeffrey S. Lowenstein<br>Benjamin L. Riemer<br>Bell, Nunnally & Martin, LLP<br>3232 McKinney Ave., Suite 1400<br>Dallas, TX 75204<br>T: (214) 740-1400<br>F: (214) 740-1499<br>E: jansley@bellnunnally.com<br>E: jlowenstein@bellnunnally.com<br>E: briemer@bellnunnally.com<br>*Counsel for Plaintiff* | V. Elizabeth Kellow<br>Marshall & Kellow, LLP<br>4099 McEwen, Suite 440<br>Dallas, TX 75244<br>T: (214) 956-0200<br>F: (214) 615-1390<br>E: ekellow@mktexaslaw.com<br>*Counsel for Defendant Jin-Young Song* |
| John R. DeVoss<br>Jeffrey J. Smith<br>Smith DeVoss, PLLC<br>8225 Mid Cities Blvd., Suite 200<br>North Richland Hills, TX 76182<br>T: (817) 581-2700<br>F: (817) 423-7474<br>E: john@smithdevoss.com<br>*Counsel for Defendant Thomas Porcarello* | Yang Kun "Michael" Chung, *Pro Se*<br>5506 Corot Ct.<br>Fairfax, VA 22032<br>T: (703) 250-1066<br>E: ykchung111@gmail.com |

                */s/ Barry A. Moscowitz*
                Barry A. Moscowitz

**DEFENDANT ALL PRO DISTRIBUTING, INC.'S**               **PAGE 3**
**NOTICE OF APPEARANCE AND NOTICE OF CHANGE OF LEAD ATTORNEY**

2372585v1