**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SAMSUNG ELECTRONICS AMERICA, INC.,** | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.** |
| | § | |
| **v.** | § | **3:15-CV-04108-L** |
| | § | |
| **YANG KUN "MICHAEL" CHUNG, THOMAS PORCARELLO, YOON-CHUL "ALEX" JANG, JIN-YOUNG SONG, ALL PRO DISTRIBUTING, INC.** | § | |
| **Defendants.** | § | |

**JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH
PREJUDICE AS TO YOON-CHUL "ALEX" JANG**

Pursuant to Federal Rule of Civil Procedure 41, counsel for Plaintiff Samsung Electronics America, Inc. and counsel for Defendant Yoon-Chul "Alex" Jang (collectively, the "Parties") hereby stipulate that all of Samsung Electronics America, Inc.'s claims against Yoon-Chul "Alex" Jang have been compromised and settled, and that Yoon-Chul "Alex" Jang is dismissed from this lawsuit with prejudice. The Parties further stipulate that each party shall bear its own costs.

Respectfully submitted,

/s/ Benjamin L. Riemer
Jeffrey J. Ansley
jansley@bellnunnally.com
Jeffrey S. Lowenstein
jlowenstein@bellnunnally.com
Benjamin L. Riemer
briemer@bellnunnally.com
Bell, Nunnally & Martin, LLP
3232 McKinney Ave., Suite 1400
Dallas, TX 75204
T: (214) 740-1400
F: (214) 740-1499
*Counsel for Plaintiff*

/s/ Jason Choe
Jason Choe
jchoe@choewalker.com
Choe.Walker
2000 Royal Lane, Suite 205
Dallas, Texas 75229
Tel: 214-675-7296
Fax: 972-241-0032
David Park
dpark@davidparklaw.com
David Park Law, PLLC
2000 Royal Lane, Suite 204
Dallas, Texas 75229
Tel: 972-241-6900