UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 3:15-cv-04108-L |
| YANG KUN "MICHAEL" CHUNG, THOMAS PORCARELLO, YOUN-CHUL "ALEX" JANG, JIN-YOUNG SONG, AND ALL PRO DISTRIBUTING, INC., | § § § § § § § | |
| Defendants. | § | |

**JOINT RESPONSE TO THE COURT'S MARCH 12, 2021 ORDER AND REQUEST FOR ENTRY OF SCHEDULING ORDER**

Defendants All Pro Distributing, Inc. ("All Pro") and Plaintiff Samsung Electronics America, Inc. ("Samsung") file this Joint Response to the Court's March 12, 2021 Order and Request for Entry of Scheduling Order. [*See* Dkt. 469]

**I.**
**BACKGROUND**

On March 12, 2021, the Court entered a Memorandum Opinion and Order resolving various pending motions and directing Samsung and All Pro to inform the Court in writing no later than April 2, 2021, "whether they can resolve the remaining claims in this action without further court involvement." (Dkt. 469 at 47). The Order states that the Court's docket and COVID-19 restrictions make scheduling a lengthy and complex trial difficult, such that "this case cannot be tried until Spring or Summer 2022." (*Id.*) The Court concludes that "[i]f no

resolution is achieved, the court will issue its Seventh Amended Scheduling Order, setting this case for trial at the time previously indicated." (*Id.*).

## II.
### RESPONSE TO COURT'S ORDER AND
### REQUEST FOR ENTRY OF SCHEDULING ORDER

Counsel for All Pro and Samsung exchanged email correspondence and engaged in a telephone conference on April 1, 2021, regarding this Response to the Court's Order. In light of the Court's March 12, 2021 Order, the Parties have re-engaged in discussions about the possibility of resolving this matter without the need for further court involvement. However, because the Parties have not reached a resolution to-date, the Parties, with the understanding that limitations on the Court's docket will force the trial date into the Spring or Summer of 2022, request that the Court enter a Seventh Amended Scheduling Order.

The Parties will to continue to communicate regarding resolving this case without the need for trial and will inform the Court in the event a settlement is reached.

Respectfully submitted,

By: */s/ Benjamin L. Riemer* with permission
   Jeffrey J. Ansley
   State Bar No. 00790235
   Jeffrey S. Lowenstein
   State Bar No. 24007574
   Benjamin L. Riemer
   State Bar No. 24065976
   Brent A. Turman
   State Bar No. 24077506

   BELL, NUNNALLY & MARTIN, LLP
   3232 McKinney Ave., Suite 1400
   Dallas, TX 75204
   T: (214) 740-1400
   F: (214) 740-1499
   E: jansley@bellnunnally.com
   E: jlowenstein@bellnunnally.com
   E: briemer@bellnunnally.com
   E: bturman@bellnunnally.com

*Counsel for Plaintiff Samsung*

By: */s/ Barry A. Moscowitz*
   Barry A. Moscowitz
   State Bar No. 24004830
   Cassie J. Dallas
   State Bar No. 24074105
   Farsheed Fozouni
   State Bar No. 24097705

   THOMPSON, COE, COUSINS & IRONS, LLP
   700 N. Pearl Street, 25th Floor
   Dallas, Texas 75201-2832
   T: (214) 871-8200
   F: (214) 871-8209
   E: bmoscowitz@thompsoncoe.com
   E: cdallas@thompsoncoe.com
   E: ffozouni@thompsoncoe.com

*Counsel for Defendant All Pro Distributing, Inc.*

## CERTIFICATE OF SERVICE

On April 2, 2021, I electronically submitted the foregoing document with the clerk of the court, using the electronic case filing system of the court. I hereby certify that I have served all parties of record electronically as authorized by Federal Rule of Civil Procedure 5(b)(2):

Jeffrey J. Ansley
Jeffrey S. Lowenstein
Benjamin L. Riemer
BELL, NUNNALLY & MARTIN, LLP
3232 McKinney Ave., Suite 1400
Dallas, TX 75204
E: jansley@bellnunnally.com
E: jlowenstein@bellnunnally.com
E: briemer@bellnunnally.com
*Counsel for Plaintiff*

Amy E. LaValle
Rusty J. O'Kane
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
E: amy.lavalle@wickphillips.com
E: rusty.okane@wickphillips.com
*Counsel for Third-Party Defendant CVE Technology Group, Inc.*

David Park
DAVID PARK LAW, PLLC
2000 Royal Lane, Suite 204
Dallas, Texas 75229
E: dpark@davidparklaw.com
*Counsel for Defendant Alex Jang*

Jason Choe
CHOE. WALKER
2000 Royal Lane, Suite 205
Dallas, Texas 75229
E: jchoe@choewalker.com
*Counsel for Defendant Alex Jang*

John R. DeVoss
Jeffrey J. Smith
SMITH DEVOSS, PLLC
8225 Mid Cities Blvd., Suite 200
North Richland Hills, Texas 76182
E: john@smithdevoss.com
*Counsel for Defendant Thomas Porcarello*

Yang Kun "Michael" Chung
5506 Corot Ct.
Fairfax, VA 22032
E: ykchung111@gmail.com
*Pro Se Defendant*

                */s/Barry A. Moscowitz*
                Barry A. Moscowitz