IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 3:15-cv-04108-D |
| ALL PRO DISTRIBUTING, INC., et al., | | |
| Defendants. | | |

**JOINT NOTICE REGARDING SETTLEMENT CONFERENCE**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE SAM A. LINDSAY:**

Pursuant to the Court's Eighth Amended Scheduling Order (ECF No. 482), the parties held a settlement conference by telephone in this matter on July 10, 2023. The following individuals were present on the call: Benjamin L. Riemer and Richard Rosalez for Samsung Electronics America, Inc., Barry Moscowitz and Shachar "Shawn" Shabtay on behalf of All Pro Distributing, Inc., John R. DeVoss on behalf of Thomas Porcarello, and Yang Kun "Michael" Chung on behalf of himself.

The parties report that this matter has settled. The parties intend to file appropriate dismissal papers within thirty days of the date of this notice. The parties request that any pending deadlines unexpired as of the time this notice was filed be stayed pending their submission of dismissal papers.

Dated: July 10, 2023

Respectfully submitted,

By: */s/ Benjamin L. Riemer*
Jeffrey S. Lowenstein
State Bar No. 24007574
jlowenstein@bellnunnally.com
Benjamin L. Riemer
State Bar No. 24065976
briemer@bellnunnally.com
Brent A. Turman
State Bar No. 24077506
bturman@bellnunnally.com
Troy L. Hales
State Bar No. 24099011
thales@bellnunnally.com

BELL NUNNALLY & MARTIN LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-2784
Tel.: (214) 855-8000
Fax: (214) 855-8200

**ATTORNEYS FOR PLAINTIFF SAMSUNG ELECTRONICS AMERICA, INC.**

*s/ John R. DeVoss*
John R. DeVoss
State Bar No. 00798146
jrdevoss@mindspring.com

SMITH DEVOSS
1500-C N Norwood Dr
Suite 303
Hurst, TX 76054
Telephone: (817) 282-5700
Facsimile: (817) 282-5795

**COUNSEL FOR DEFENDANT THOMAS PORCARELLO**

*s/ Barry A. Moscowitz*
Barry A. Moscowitz
State Bar No. 24004830
bmoscowitz@thompsoncoe.com
Cassie J. Dallas
State Bar No. 24074105
cdallas@thompsoncoe.com

THOMPSON, COE, COUSINS & IRONS, LLP
700 N Pearl Street
Suite 2500
Dallas, TX 75201

**ATTORNEYS FOR DEFENDANT ALL PRO DISTRIBUTING, INC.**