IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:15-CV-4108-L** |
| ALL PRO DISTRIBUTING, INC.; THOMAS PORCARELLO; and YANG KUN CHUNG, | § § § § § | |
| Defendants. | § § | |

## NOTICE

Before the court is the Parties' Joint Stipulation of Dismissal ("Stipulation") (Doc. 493), filed October 3, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as the Stipulation has been signed by all Parties who have appeared, no court order is required, and this action and all claims asserted by or against the Parties are **dismissed with prejudice** as a matter of course. Accordingly, no order of dismissal is necessary, and the court declines to issue one. Per the Stipulation, the Parties shall bear their own costs.

**Filed** this 24th day of October, 2023.

Sam A. Lindsay
United States District Judge

Notice – Solo Page